STANDARD AUTOMATIC MACH. CO., Plaintiff Appellant, v. KARL KEIFER MACH. CO., Defendant Appellee (two cases).

(Circuit Court of Appeals, Second Circuit. February 7, 1927.)

Nos. 126, 127.

Appeals from the District Court of the United States for the Southern District of New York.

C. L. Sturtevant, of Washington, D. C., and J. Stanley Churchill, of Boston, Mass., for appellant.

Alfred M. Allen, of Cincinnati, Ohio, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decrees (18 F.[2d] 326) affirmed, with costs.